AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

| Return | | |
|---|---|---|
| Case No.: MJ 22-0018 RT | Date and time warrant executed: January 12, 2022    6:21 PM | Copy of warrant and inventory left with: Julio Melendez, Legal Compliance Analyst |

Inventory made in the presence of :
S/A Joseph Villagomez

Inventory of the property taken and name(s) of any person(s) seized:

Files containing information associated with cell phone number 808-721-0642 received from AT&T
Mobility (Cingular) through secure email download link:

1) Copy of the search warrant with Attachments A and B

2) One zipped folder containing nine (9) confidential files identified as:

ATT_Records Key.pdf
ReportAU_3370892.pdf
ReportAU_3370892.txt
ReportCT_3370892.pdf
ReportCT_3370892.txt
ReportIMSI_3370892.pdf
ReportIMSI_3370892.txt
ReportLandline_3370892.pdf
ReportLandline_3370892.txt

3) Declaration.pdf (Certificate of Authenticity of Domestic Records)

―――――――――――――――――――――――――――――――――――――――――――――――――――――――――――

NOTHING FOLLOWS

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII  CC
Jan 18, 2022, 11:46 am
Michelle Rynne, Clerk of Court

| Certification |
|---|

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the
designated judge.

Date:  January 18, 2022

_____
Executing officer's signature

Michael Fujiuchi, ATF Special Agent
_____
Printed name and title

AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means ☐ Original ☐ Duplicate Original

# UNITED STATES DISTRICT COURT

for the

District of Hawaii

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>Information associated with the Cellular Device<br>assigned call number (808) 721-0642, that is stored at<br>premises controlled by AT&T Mobility (Cingular) | )<br>)<br>)  Case No.  MJ 22-0018 RT<br>)<br>)<br>) |

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:    Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the _____ District of _____ Hawaii_____
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A, incorporated by reference herein.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B, incorporated by reference herein.

**YOU ARE COMMANDED** to execute this warrant on or before _____ January 25, 2022 _____ *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.    ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____ Rom Trader _____

*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*

☐ for _____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:    January 12, 2022 at 4:55 p.m.

City and state:    Honolulu, Hawaii

Rom A. Trader
United States Magistrate Judge

## ATTACHMENT A

### Property to Be Searched

This warrant applies to records and information associated with the cellular telephone assigned call number (808) 721-0642, that are stored at premises controlled by AT&T Mobility (Cingular) ("the Provider"), headquartered at 11760 US Hwy 1, North Palm Beach, FL 33408.

## **ATTACHMENT B**

### **Particular Things to be Seized**

### **I. Information to be Disclosed by the Provider**

To the extent that the information described in Attachment A is within the

possession, custody, or control of the Provider, including any information that

has been deleted but is still available to the Provider, the Provider is required to

disclose to the government the following information pertaining to the Account

listed in Attachment A for the time period, March 12, 2020 to March 17, 2020:

   a. The following information about the customers or subscribers of the

   Account:

        i. Names (including subscriber names, user names, and screen

          names);

       ii. Addresses (including mailing addresses, residential addresses,
          business addresses, and e-mail addresses);

      iii. Local and long distance telephone connection records;

      iv. Records of session times and durations, and the temporarily
          assigned network addresses (such as Internet Protocol ("IP")
          addresses) associated with those sessions;

       v. Length of service (including start date) and types of service
          utilized;

2

     vi. Telephone or instrument numbers (including MAC addresses, Electronic Serial Numbers ("ESN"), Mobile Electronic Identity Numbers ("MEIN"), Mobile Equipment Identifier ("MEID"); Mobile Identification Number ("MIN"), Subscriber Identity Modules ("SIM"), Mobile Subscriber Integrated Services Digital Network Number ("MSISDN"); International Mobile Subscriber Identity Identifiers ("IMSI"), or International Mobile Equipment Identities ("IMEI");

     vii. Other subscriber numbers or identities (including the registration Internet Protocol ("IP") address); and

     viii. Means and source of payment for such service (including any credit card or bank account number) and billing records.

b. All records and other information (not including the contents of

communications) relating to wire and electronic communications sent

or received by the Account, including:

     i. the date and time of the communication, the method of the

communication, and the source and destination of the

communication (such as the source and destination telephone

numbers (call detail records), email addresses, and IP

addresses); and

     ii. information regarding the cell tower and antenna face (also

known as "sectors") through which the communications were

sent and received.

3

**II. Information to be Seized by the Government**

All information described above in Section I that constitutes evidence relating to violations of Title 18, United States Code, Section 2119, armed carjacking, and Title 18, United States Code, Section 924(c), brandishment of a firearm during and in relation to a crime of violence, have been committed by TRESTON HARDIN and ANTHONY KELII MARK during the period of March 12, 2020 to March 17, 2020.

Law enforcement personnel (who may include, in addition to law enforcement officers and agents, attorneys for the government, attorney support staff, agency personnel assisting the government in this investigation, and outside technical experts under government control) are authorized to review the records produced by the Provider in order to locate the things particularly described in this Warrant.

4

## **CERTIFICATE OF AUTHENTICITY OF DOMESTIC RECORDS PURSUANT TO FEDERAL RULES OF EVIDENCE 902(11) AND 902(13)**

I, _____, attest, under penalties of perjury by the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in this certification is true and correct. I am employed by AT&T Mobility (Cingular), and my title is _____. I am qualified to authenticate the records attached hereto because I am familiar with how the records were created, managed, stored, and retrieved. I state that the records attached hereto are true duplicates of the original records in the custody of AT&T Mobility (Cingular). The attached records consist of **[GENERALLY DESCRIBE RECORDS (pages/CDs/megabytes)]** _____

_____. I further state that:

a.    all records attached to this certificate were made at or near the time of the occurrence of the matter set forth by, or from information transmitted by, a person with knowledge of those matters, they were kept in the ordinary course of the regularly conducted business activity of AT&T Mobility (Cingular), and they were made by AT&T Mobility (Cingular) as a regular practice; and

b.    such records were generated by AT&T Mobility (Cingular)'s electronic process or system that produces an accurate result, to wit:

1. the records were copied from electronic device(s), storage medium(s), or file(s) in the custody of AT&T Mobility (Cingular) in a manner to ensure that they are true duplicates of the original records; and

2. the process or system is regularly verified by AT&T Mobility (Cingular), and at all times pertinent to the records certified here the process and system functioned properly and normally.

I further state that this certification is intended to satisfy Rules 902(11) and 902(13) of the Federal Rules of Evidence.


_____ _____

Date     Signature

2